**No. 09-11455. Toby Lynn Bishop, Petitioner v. Sheryl Foster, Warden.**

562 U.S. 881, 131 S. Ct. 202, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 6814.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 371 Fed. Appx. 738.